**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS**
**LIABILITY LITIGATION**

| | | |
|---|---|---|
| McClymonds v. Sanofi US Services Inc., et al., | ) | |
| N.D. California, C.A. No. 3:21-05287 | ) | MDL No. 2924 |

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER**
**AND VACATING THE SEPTEMBER 30, 2021, HEARING SESSION ORDER**

Pending before the Panel is an unopposed motion by defendants Sanofi US Services, Inc., and Sanofi-Aventis U.S. LLC seeking transfer of the above-captioned *McClymonds* action to the Southern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL No. 2924.

The time for filing a response has passed, and no opposition to the motion has been filed. Plaintiff is deemed to acquiesce to the motion under Rule 6.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. It thus appears that *McClymonds* involves questions of fact in common with the actions previously transferred to the Southern District of Florida and that the criteria for transfer of this action under 28 U.S.C. § 1407 are otherwise satisfied.

IT IS THEREFORE ORDERED, pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, that this action is transferred under 28 U.S.C. §1407 to the Southern District of Florida and, with the consent of that court, assigned to the Honorable Robin L. Rosenberg, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 13, 2021, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk, U.S. District Court
Southern District of Florida
By: Maria Cruz, Deputy Clerk
Date: Sep 3, 2021